# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **CHRISTOPHER WHITLOCK, ET AL.** | **CIV. ACTION NO. 3:25-00280** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DAVID MONTGOMERY, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that Defendants' 12(b)(6) motion [Doc. No. 9] is **GRANTED**, and that Plaintiffs' claims against Defendant, Canal Insurance Company, are hereby **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 12(b)(6).

MONROE, LOUISIANA, this 24th day of October 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE